**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

PABLO ELICEO DAQUILEMA
TUMAILLI,

     *Petitioner*,

     v.

TODD BLANCHE, *et al.*,

     *Respondents*.

No. 26-cv-06929

**ORDER**

     **THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus, (ECF No. 1), and the Court's previous Self-Executing Order, (ECF No. 3).

     **WHEREAS**, Petitioner alleges that he has resided in the United States for approximately two years, lives in New Jersey and has no criminal history. (Pet., ECF No. 1 ¶¶ 40–44); and

     **WHEREAS**, Petitioner further alleges that, on June 6, 2026, he was called in for a reporting appointment and subsequently detained by Respondents and placed in removal proceedings. (*Id.* ¶ 41); and

     **WHEREAS**, Petitioner alleges that that he has been detained without a bond hearing based on Respondents' position that he is subject to mandatory detention under 8 U.S.C. § 1225(b). (*Id.* ¶ 45–47); and

     **WHEREAS**, on June 11, 2026, the Court entered an Order directing Respondents to answer the petition by June 15, 2026, at 9:00 a.m. or release Petitioner by that time. (ECF No. 3)[1]; and

     **WHEREAS**, Respondents have failed to file any response to the Court's prior Order or

---

[1] Consistent with this Court's practice, the Order was also sent to Respondents via email on June 11, 2026.

request an extension of time, and have not otherwise shown cause why Petitioner's continued detention is lawful;

**WHEREAS**, the Court finds that immediate relief is warranted in light of Respondents' noncompliance with the Court's prior Order and the absence of any justification for Petitioner's continued detention.

**IT IS HEREBY** on this 15th day of June, 2026,

**ORDERED** that the Petition for Writ of Habeas Corpus, (ECF No. 1), is **GRANTED**; Respondents shall **by 5:00 pm on June 15, 2026,** **RELEASE** Petitioner under the same conditions that existed prior to his detention, including but not limited to, release: (1) in the State of New Jersey, if Petitioner was initially arrested in New Jersey, or else as close to the place of initial arrest as reasonably practicable within 24 hours; (2) without the imposition of additional conditions (such as ankle monitors or electronic tracking devices); and (3) with all property seized at the time of arrest; and it is further

**ORDERED** that Respondents shall file a letter on the docket confirming the date, time, and location of Petitioner's release and certifying that the conditions set forth above have been satisfied; and it is finally

**ORDERED** that, to the extent that Respondents seek to re-arrest or otherwise re-detain Petitioner, this Court shall retain jurisdiction over the matter and Petitioner may move to reopen these proceedings before this Court without the need to file a new habeas petition.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: June 15, 2026